IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| BRUCE H. BARR, | : |
| | : |
| Plaintiffs, | : |
| | : |
| V. | : |
| | : Case No. 8:10-CV-2799-T-30TGW |
| FIRST SOURCE ADVANTAGE, LLC, a New York limited liability company, | : |
| | : |
| Defendant. | : |

## DISMISSAL WITH PREJUDICE

NOW COMES the Plaintiff, by and through the undersigned attorney, and submits this Dismissal with Prejudice of the above-styled cause of action.

This 25th day of January, 2011.

                                            Respectfully submitted,

                                            /s/ Adam J. Knight
                                            Adam J. Knight
                                            Florida Bar No. 69400
                                            Attorney for Plaintiff

Henry W. Hicks, P.A.
3003 West Azeele Street
Suite 200
Tampa, Florida 33609
Tele. 813.876.3113
Fax. 813.871.9202
aknight@titlemark.net