UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRUCE H. BARR,

    Plaintiff,

v.   Case No. 8:10-cv-2799-T-30TGW

FIRST SOURCE ADVANTAGE, LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Dismissal With Prejudice (Dkt. #4). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on January 26, 2011.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-2799.dismiss 4.wpd